IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUVETRIA GAMBILL, an adult individual on behalf of TWYLA TATE, her minor child<br>　　　　　　　　Plaintiff<br><br>vs<br><br>BRADLEY HARMON, an adult individual, and THE HOUSING AUTHORITY OF THE CITY OF ERIE, A Pennsylvania Housing Authority<br>　　　　　　　　Defendant | )<br>)<br>)<br>)<br>) Civil No. 01-130 Erie<br>)<br>)<br>)<br>)<br>) |

ORDER OF COURT

AND NOW, to wit, this __14Th__ day of March, 2007, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the case impounded in the Office of the Clerk of Court be returned to the closed filing system of the Clerk's Office.

The case is to remain sealed with a copy of this Order attached to the envelope and to the file folder. Anyone desiring to view the impounded case shall file a request with the Clerk with notification to all parties. This pleading/file is to remain sealed for the next __25__ years.

Document: 21

*[signature]*

Maurice B. Cohill, Jr.
U.S. District Judge

*[Filed stamp: '07 MAR 16 P2:51 CLERK U.S. DISTRICT COURT]*